In re:  Case No. 22-10229-CN
Two Rocks of Two Rock, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1    User: admin    Page 1 of 2
Date Rcvd: Jun 10, 2022    Form ID: 309F1    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Two Rocks of Two Rock, LLC, 245 Paula Lane, Petaluma, CA 94952-1866 |
| 15406492 | + | Azorean, Inc., c/o Sand Dollar Loan Service, PO Box 4505, Santa Rosa, CA 95402-4505 |
| 15406494 | + | CLY Incorporated/Sonoma Marin, 121 Lakeville St, Petaluma, CA 94952-3126 |
| 15406493 | + | Carson MFG Co, PO Box 549, Cotati, CA 94931-0549 |
| 15406495 | + | Cody Leck, 7610 Two Rock Road, Petaluma, CA 94952-9661 |
| 15406496 | + | Jason Steger, c/o Andrew Cantor, 4132 3rd St, #7, San Francisco, CA 94124-2130 |
| 15406497 | + | Joseph P Marino, Trustee of the, Joseph P. Marino Sep Prop Tr dtd 4-8-20, c/o Sand Dollar Loan Service, PO Box 4505, Santa Rosa, CA 95402-4505 |
| 15406498 | + | Sand Dollar Loan Service, PO Box 4505, Santa Rosa, CA 95402-4505 |
| 15406499 | + | Sonoma County Tax Assesor, 585 Fiscal Dr , Ste 100,, Santa Rosa, CA 95403-2819 |
| 15406500 | + | Sue Carol Trantham, c/o Ethan Glaubiger, Law Offices of Ethan Glaubiger, 740 Fourth St, 2nd Floor, Santa Rosa, CA 95404-4421 |
| 15406501 | + | Tatum Trantham, c/o Ethan Glaubiger, Law Offices of Ethan Glaubiger, 740 Fourth St, 2nd Floor, Santa Rosa, CA 95404-4421 |
| 15406502 | + | Whitney Morris, c/o Ethan Glaubiger, Law Offices of Ethan Glaubiger, 740 Fourth St, 2nd Floor, Santa Rosa, CA 95404-4421 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: c.kuhner@kornfieldlaw.com | Jun 10 2022 23:51:00 | Chris D. Kuhner, Kornfield Nyberg Bendes Kuhner & Little, 1970 Broadway, Ste 600, Oakland, CA 94612 |
| smg | EDI: EDD.COM | Jun 11 2022 03:53:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jun 11 2022 03:53:00 | CA Franchise Tax Board, Bankruptcy Group, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: IRS.COM | Jun 11 2022 03:53:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| ust | + Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jun 10 2022 23:51:00 | Office of the U.S. Trustee / SR, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - SR |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2022        Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chris D. Kuhner | on behalf of Debtor Two Rocks of Two Rock  LLC c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Two Rocks of Two Rock, LLC<br>Name | EIN: | 27-1713458 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter: | 11  6/9/22 |
| Case number: | 22-10229 | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case  10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Two Rocks of Two Rock, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 245 Paula Lane<br>Petaluma, CA 94952 | |
| 4. | **Debtor's attorney**<br>Name and address | Chris D. Kuhner<br>Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway, Ste 600<br>Oakland, CA 94612 | Contact phone (510) 763-1000 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case online at https://pacer.uscourts.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 | Hours open:<br>Monday – Friday 9:00 am to 4:30 pm<br><br>Contact phone (888) 821-7606<br><br>Date: 6/10/22 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **July 15, 2022 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference**<br><br>Call in number/URL: 1-877-991-8832<br>Passcode: 4101242 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government-issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 5. | | |

**For more information, see page 2**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline**<br><br>For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at **www.canb.uscourts.gov** In the Quick Links section, click on "File an Electronic Proof of Claim." | **Deadline for filing proof of claim:**<br><br>**For all creditors (except a governmental unit):**  10/13/22<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |